# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

March 24, 2023

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Eleventh
Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303

      Re:  Rashid Turner
            v. United States
           No. 22-7098
           (Your No. 19-13704)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on March 21, 2023 and placed on the docket March 24, 2023 as No. 22-7098.

Sincerely,

**Scott S. Harris**, Clerk

by

Susan Frimpong
Case Analyst